# Exhibit 1



April 24, 2015

Ken Courter
Chief, FOIA/PA Unit
Criminal Division,Department of Justice
crm.foia@usdoj.gov


Dear Mr. Courter,

Pursuant to the federal Freedom of Information Act, I'm writing to request copies of records relating to the review and selection of independent corporate monitors under Foreign Corrupt Practices Act (FCPA) settlement agreements between the Justice Department and certain corporate defendants (list below).

For each corporate defendant listed below, I'm seeking

1. All documents submitted by counsel for the companies at the outset of each monitor selection process, including the names of up to three qualified monitor candidates whom the companies are allowed to recommend. The information should identify which candidate, if any, the company specified as its first choice to serve as monitor.
2. All Monitor Selection Memoranda, including any files, documents and attachments therein, submitted for review to the Standing Committee on the Selection of Monitors. To clarify, I'm seeking information about which monitors were approved or disapproved and the reasons therefore, including the recommendations submitted by the committee, the Assistant Attorney General for the Criminal Division, and the Office of the Deputy Attorney General.
3. Records of the Standing Committee, including its membership, attendance records, appointments of temporary designees, voting records and recusals in connection with the consideration of monitor candidates for each of the companies listed below.

We are willing to pay any copying fees up to $20 but as bona fide members of the news media ask that any fees be waived.

If you would like me to clarify any part of this request, or discuss it further, please contact me (dylan.tokar@lbresearch.com, 509-539-4423) or my editor, Mary Jacoby (mjacoby@mainjustice.com, 202-621-6031).

Corporate defendants:

- Alstom S.A., et al.
  Court Docket Number: 3:14-cr-00245-JBA et al.
  District: District of Connecticut
  Filed: December 22, 2014

# JUST ANTI-CORRUPTION
GRAFT, THE FCPA AND COMPLIANCE

- **Avon Products, Inc.**
  Docket No: 1:14-cr-00828-GBD
  District: Southern District of New York
  Filed: December 17, 2014

- **Bilfinger SE**
  Docket No: 4:13-CR-745
  District: Southern District of Texas
  Filed: December 9, 2013

- **Weatherford International Ltd.**
  Docket No: 13-CR-733
  District: Southern District of Texas
  Filed: November 26, 2013

- **Diebold Inc.**
  Docket No: 13-CR-00464-SO
  District: Northern District of Ohio
  Filed: October 22, 2013

- **Biomet, Inc.**
  Docket No: 12-CR-080-RBW
  District: District of Columbia
  Filed: March 26, 2012

- **Smith & Nephew, Inc.**
  Docket No: 12-CR-030-RBW
  District: District of Columbia
  Filed: February 6, 2012

- **JGC Corporation**
  Docket No: 11-CR-260
  District: Southern District of Texas
  Filed: April 6, 2011

- **Alcatel-Lucent, S.A.**
  Docket No: 10-CR-20907
  District: Southern District of Florida
  Filed: December 27, 2010

- **Alliance One International AG**
  Docket No: 10-CR-017-JLK
  District: Western District of Virginia
  Filed: August 6, 2010

- **Universal Corporation**
  Docket No: 10-CR-225-REP
  District: Eastern District of Virginia
  Filed: August 6, 2010

- **Technip S.A.**
  Docket No: 10-CR-439
  District: Southern District of Texas

**JUST ANTI-CORRUPTION**
GRAFT, THE FCPA AND COMPLIANCE

Filed: June 28, 2010

- **Daimier AG**

  Docket No: 10-CR-063-RJL
  District: District of Columbia
  Filed: March 22, 2010

- **Innospec Inc.**

  Docket No: 10-CR-061-ESH
  District: District of Columbia
  Filed: March 17, 2010

- **BAE Systems plc**

  Docket No: 10-CR-035-JDB
  District: District of Columbia
  Filed: February 4, 2010

Thank you,

Dylan Tokar
Reporter | *Just Anti-Corruption*
2122 P St. NW Suite 201
Washington, D.C., 20037

Desk: (202) 652-1292
Cell: (509) 539-4423
dtokar@mainjustice.com