# Exhibit 3



November 10, 2015

Ken Courter
Chief, FOIA/PA Unit
Criminal Division
Department of Justice
crm.foia@usdoj.gov

Re: FOIA requests CRM-300486150; CRM-300486152; CRM-300486153; CRM-300486154; CRM-300486155; CRM-300486156; CRM-300486157; CRM-300486158; CRM-300486159; CRM-300486160; CRM-300486161; CRM-300486162; CRM-300486163; CRM-300486164; CRM-300486165 and CRM-300488236

Dear Mr. Courter,

I'm writing to follow up on a FOIA request, dated April 24, 2015, regarding the corporate monitor selection process for Foreign Corrupt Practices Act (FCPA) settlement agreements with the Department of Justice.[1]

I received a receipt for the above request by mail on May 1, 2015. In the receipt, the division stated that the request presents "unusual circumstances," and that it was therefore necessary to extend the timeline for responding past the 30 days set forth under the statute – 5 U.S.C. 552 § (a)(6)(B)(i)-(iii).

On June 23, I had a telephone conversation with Peter Sprung, a trial attorney in the division's Office of Enforcement Operations, regarding the above FOIA request (CRM-300488236). On August 11, Mr. Sprung held a telephone conference with me and my editor, Mary Jacoby. In both conversations, Mr. Sprung expressed the Justice Department's view that at least part of the records sought by Just Anti-Corruption could be withheld under FOIA Exemptions 5 and 6.

Immediately subsequent to the latter conversation, Just Anti-Corruption narrowed its request for information regarding corporate monitor candidates (see attached). In summary, we requested:

---

[1] In its initial response on May 1, 2015, the Criminal Division chose to administratively divide the FOIA request into fifteen separate files and assign each an independent request number. In subsequent communications with Peter Sprung of the division's Office of Enforcement Operations, the FOIA was referenced separately as CRM-300488236.

# GIR JUST ANTI-CORRUPTION

1. The names of up to three monitor candidates and their associated law or consulting firms submitted to the department by the defendant corporations under the terms of their negotiated resolutions.
2. The names and titles of members of the Criminal Division's Standing Committee on the Selection of Monitors for the period Jan. 1, 2009 through the present date.

On October 2, Ms. Jacoby had another telephone conversation with Mr. Sprung about his ongoing inquiries into the status of our request. Mr. Sprung reiterated that the two aforementioned exemptions would likely be applied to withhold information responsive to the request. Ms. Jacoby reiterated our argument that no privacy exemption applies here; the names of legal professionals nominated for lucrative contracts to carry out government-mandated monitoring of corporate wrongdoers is not the kind of health or other personal data envisioned to be protected by the exemption. Moreover, the strong public interest in transparency around the corporate monitor selection process outweighs any privacy argument the department could put forth.

More than 180 days have elapsed since our FOIA request was first submitted to the Criminal Division. We respectfully request that the division provide a formal response to our FOIA, in writing, so that we may take the appropriate steps to respond to the issues that have been raised.

Thank you,

Dylan Tokar, Reporter
Mary Jacoby, Editor

*GIR Just Anti-Corruption*
dylan.tokar@lbresearch.com
mary.jacoby@lbresearch.com
2122 P St. NW Suite 201
Washington, D.C., 20037
Phone: (202) 652-1292