# Exhibit 4



U.S. Department of Justice

Criminal Division

*Office of Enforcement Operations*　　　　　　　　　　　*Washington, D.C. 20530*

January 13, 2016

John M. Freeman
General Counsel
Technip USA, Inc.
11740 Katy Freeway, Suite 100
Houston, TX 77079-1298

Re:　Submitter Notice of FOIA Request CRM-300486158 and Opportunity to Object

Dear Counsel:

　　　Please be advised that the Criminal Division of the Department of Justice (DOJ) is in receipt of a Freedom of Information Act request made by Dylan Tokar, a reporter with *Just Anti-Corruption*, for all documents related to the review and selection of independent corporate monitors under FCPA agreements between DOJ and certain corporate defendants. The request specifically identifies the monitorship in the FCPA prosecution of Technip USA, Inc. A copy of the FOIA request is enclosed. This FOIA request has been assigned tracking number CRM-300486158. Please use this number in all correspondence with this Office.

　　　The requester subsequently agreed to narrow the scope of the request to cover, among other things, names and associated law or consulting firms of the three candidates submitted by your company as part of the negotiated resolution of the criminal case.

　　　Executive Order 12,600 and DOJ's FOIA regulation, 28 C.F.R. § 16.8, require this Office to provide notice of FOIA requests to entities which have provided certain business information to DOJ, and to give them an opportunity to object to disclosure where the submitter designated the information in good faith as privileged or confidential, or DOJ has reason to believe that the information may be protected pursuant to 5 U.S.C. § 552(b)(4). While we have not yet finished processing all the records potentially responsive to this request, we have reason to believe that we have possession of business information pertaining to your company that may constitute privileged or confidential business information subject to withholding pursuant to FOIA Exemption (b)(4).

　　　Documents submitted by and/or pertaining to your company that identify the three candidates submitted by your company may become subject to disclosure by court order in connection with the above-referenced FOIA request. We therefore ask that you advise us whether you object to the disclosure of this information and assert that the records are exempt under the FOIA, and if so, that you identify those records and provide this Office with a detailed

explanation of the basis of that conclusion. Specifically, if you believe that the information is covered by Exemption (b)(4), you must show why the information is commercial or financial information that is privileged or confidential. See 28 C.F.R. § 16.8(f).

Please be advised that your company has twenty-one calendar days, beginning on the date of this letter, to identify the records which you contend are exempt and submit a detailed written statement of objection to disclosure. The statement must specify all grounds for withholding any portion of the information described above that your company believes in good faith is protected from disclosure by FOIA. Any objections to release must be made with particularity in accordance with 28 C.F.R. § 16.8(f), which requires a submitter to submit a detailed written statement identifying specific legal grounds in support of its objections to disclosures of specific documents and/or categories of documents. Please be advised that the information provided by a submitter under 28 C.F.R. § 16.8(f) may itself be subject to disclosure under the FOIA.

To prepare your response, you may find it helpful to consult the Department of Justice's FOIA Guide at http://www.justice.gov/oip/04_3.html. Please send your response and direct any questions to my attention. Pursuant to 28 C.F.R. § 16.8(f), if I do not receive a written response from you within twenty-one calendar days of this letter, I will assume that you have no objection to the disclosure of the enclosed records.

Please be advised that, pursuant to 28 C.F.R. § 16.8(j), we are required to inform the requester that we have provided you this notice. By way of complying with that directive, a copy of this correspondence was sent to Mr. Tokar. Finally, please also be advised that we are required to notify the requester, pursuant to 28 C.F.R. § 16.8(j), should you decide to file a reverse FOIA lawsuit to prevent disclosure.

Sincerely,

*Peter C. Sprung for*

Kenneth Courter
Chief
FOIA/PA Unit

Enclosure

cc: Dylan Tokar
*Just Anti-Corruption*
2122 P Street NW, Suite 201
Washington, DC 20037
dtokar@mainjustice.com

**Letters using this same template were sent to 14 other counsel but are not reproduced here.**

**Available upon request.**