# Exhibit 6

# Request for update on FOIA request CRM-300486158

### Dylan Tokar

Wed 2/24/2016 4:30 PM

To:Sprung, Peter <Peter.Sprung@usdoj.gov>;

Cc:Mary Jacoby <Mary.Jacoby@lbresearch.com>;

📎 1 attachments (130 KB)

Avon FOIA Letter.pdf;

Hi Peter,

Could you please let us know the status of our monitors FOIA? The request was initially filed April 25, 2015, and we're long past the statutory 20-day deadline (as well as the 10-day extension).

As you know, we narrowed the request to help ensure that it's both easy to produce and undeniably responsive. To reiterate, we are merely asking for:

1. The names and law firm affiliations of the three monitor candidates put forth by each company on our list
2. The names and titles of members of the Standing Committee on the Selection of Monitors, including their dates of services and any temporary designees

This information is clearly not exempt under the FOIA's privacy exemption, nor does it fall under the statute's confidential business information exemption.

With regards to this latter exemption, we would like to highlight the response we received from Ben Gruenstein of Cravath, Swain & Moore, the attorney representing Avon Products Inc. In a letter to the department dated Feb. 3 (see attached), Mr. Gruenstein stated that Avon did not consider the names of the company's monitor and monitor candidates to be confidential business information. Mr. Gruenstein agreed to release the information to us voluntarily.

We are confident a judge – even if we didn't draw Emmet Sullivan – would agree that our requested records are responsive to the FOIA statute.

Best regards,

**Dylan Tokar**
Reporter | GIR Just Anti-Corruption
Desk: (202) 831-4651
Cell: (509) 539-4423
dylan.tokar@lbresearch.com
www.globalinvestigationsreview.com/

.