# Exhibit 7

**GIR   JUST ANTI-CORRUPTION**

Amanda Marchand Jones                                                      April 12, 2016
Acting Chief, FOIA/PA Unit
Criminal Division
Department of Justice
crm.foia@usdoj.gov

Dear Ms. Jones,

Pursuant to the federal Freedom of Information Act (FOIA), I'm writing to request copies of 28 C.F.R. § 16.8(f) statements submitted by companies in connection with a previous FOIA request, CRM-300486158, by Just Anti-Corruption.

I submitted the above FOIA request on April 24, 2015 (see attached). The request was later narrowed to cover, among other information, the names of up to three monitor candidates submitted by corporate defendants under the terms of their negotiated Foreign Corrupt Practices Act resolutions.

In letters dated Jan. 13, 2016 (see attached), the department notified the companies named in the FOIA request of their right to object to the disclosure of potentially sensitive business information (exemption 5 U.S.C. § 552(b)(4)). The letters asked to companies to provide "a detailed written statement identifying specific legal grounds in support of its objections" in accordance with 28 C.F.R. § 16.8(f).

In a March 30, 2015 conversation with Peter Sprung, a trial attorney in division's Office of Enforcement Operations, I was told that 14 of the 15 companies named in the FOIA had objected to the disclosure of information responsive to the request.

I now write to request the statements that companies provided to the department in response to my FOIA. As noted by the former FOIA/PA unit chief in the Jan. 13 letters, "information provided by a submitter under 28 C.F.R. § 16.8(f) may itself be subject to disclosure under the FOIA."

The companies named in the previous FOIA request include: Alstom SA, Avon Products Inc., Bilfinger SE, Weatherford International Ltd., Diebold Inc., Biomet Inc., Smith & Nephew Inc., JGC Corporation, Alcatel-Lucent SA, Alliance One International AG, Universal Corporation, Technip SA, Daimier AG, Innospec Inc., BAE Systems plc.

Just Anti-Corruption is willing to pay any copying fees up to $20 but as a bona fide member of the news media asks that any fees be waived.



Thank you,

Dylan Tokar

Reporter | GIR Just Anti-Corruption
dylan.tokar@lbresearch.com
2122 P St. NW Suite 201
Washington, D.C., 20037
Desk: (202) 831-4651
Cell: (509) 539-4423