# Exhibit 8

# Request for response: FOIA CRM-300486158

## Dylan Tokar

Tue 3/29/2016 2:01 PM

To: CRM FOIA <CRM.FOIA@usdoj.gov>;

Cc: Courter, Ken <Ken.Courter@usdoj.gov>; Sprung, Peter <Peter.Sprung@usdoj.gov>; Mary Jacoby <Mary.Jacoby@lbresearch.com>;

📎 1 attachment (130 KB)

Avon FOIA Letter.pdf;

Dear Ms. Amanda Marchand Jones,

I'm writing with regards to the FOIA request (CRM-300486158) submitted by Just Anti-Corruption for the names of monitor candidates and other monitor-related records.

I filed my initial request over 11 months ago, on April, 2015, and have yet to receive any responsive information or even a formal reply from the FOIA unit.

I have previously spoken with Peter Sprung, a trial attorney in the Criminal Division's Office of Enforcement Operations, about the unit's ongoing attempts to comply with my FOIA request. However, since January, Mr. Sprung has failed to reply to repeated inquiries as to the status of the request.

Just Anti-Corruption's FOIA was narrowed to ensure that it's both easy to produce and undeniably responsive. To reiterate, we have asked for:

1. The names and law firm affiliations of the three monitor candidates put forth by certain specified companies in connection with FCPA settlements
2. The names and titles of members of the Standing Committee on the Selection of Monitors, including their dates of services and any temporary designees

This information very clearly does not fall under the FOIA statute's privacy or confidential business information exemptions. One company, Avon Products, even agreed to release this information to us voluntarily. (Please see the attached letter by company counsel Ben Gruenstein of Cravath, Swain & Moore, stating that Avon does not consider the names of the company's monitor and monitor candidates to be confidential business information.)

We are more than confident that a judge would agree that our requested records are responsive to the FOIA statute.

I respectfully request that the department release the requested records, or otherwise provide a formal response or information about the current status of our request.

Sincerely,

**Dylan Tokar**
Reporter | Just Anti-Corruption
Desk: (202) 831-4651
Cell: (509) 539-4423
dylan.tokar@lbresearch.com
www.globalinvestigationsreview.com/

# Cravath, Swaine & Moore llp

JOHN W. WHITE
EVAN R. CHESLER
KRIS F. HEINZELMAN
ROGER D. TURNER
PHILIP A. GELSTON
RICHARD W. CLARY
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL

DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

————

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1080

WRITER'S EMAIL ADDRESS
bgruenstein@cravath.com

DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING

LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
JONATHAN L. DAVIS
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ

—————————

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

—————————

OF COUNSEL
MICHAEL L. SCHLER

February 3, 2016

Notice of FOIA Request CRM-300486158

Dear Mr. Courter:

I am writing on behalf of Avon Products, Inc. ("Avon") in response to your letter dated January 13, 2016, related to CRM-300486158.

Yesterday, I spoke with the requester, Dylan Tokar. On behalf of Avon, I agreed to voluntarily provide the name of Avon's FCPA monitor and firm affiliation, as well as the two other candidates and their firm affiliation, as Avon is not asserting that this is confidential business information. In exchange, Mr. Tokar agreed not to seek any additional information related to Avon pursuant to his FOIA request. He made clear that his agreement not to request additional information is only with respect to Avon and that he is still seeking information related to other companies.

Accordingly, Avon is not submitting objections at this time. We ask, however, that if Mr. Tokar renews his request that we be given an opportunity to object, as we believe that the information other than the monitor candidate identities to be exempt from FOIA disclosure.

Sincerely yours,

Benjamin Gruenstein

Mr. Kenneth Courter
    Chief, FOIA/PA Unit
        Criminal Division, Department of Justice
            Suite 1127, Keeney Building
                950 Pennsylvania Avenue, N.W.
                    Washington, D.C. 20530-0001
                        crm.foia@usdoj.gov

BY EMAIL AND FIRST CLASS MAIL

Copy to:

Mr. Dylan Tokar
   *Just Anti-Corruption*
     2122 P Street NW, Suite 201
       Washington, D.C. 20037
         dylan.tokar@lbresearch.com

BY EMAIL