# Exhibit 9



Suite 800
1919 Pennsylvania Avenue N.W.
Washington, D.C.  20006-3401

**Alison Schary**
202.973.4248 tel
202.973.4499 fax

alisonschary@dwt.com

May 26, 2016

**VIA E-MAIL & FEDERAL EXPRESS**

Amanda Jones
Acting Chief, FOIA/PA Unit
Criminal Division
Department of Justice
Suite 1127, Keeney Building
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
crm.foia@usdoj.gov

Re:     Response to outstanding FOIA requests by GIR Just Anti-Corruption[1]

Dear Ms. Jones:

      We represent Law Business Research Ltd., the publisher of Global Investigations Review (GIR) – Just Anti-Corruption.  I am writing to inquire as to the status of a FOIA request submitted April 24, 2015 by Dylan Tokar, a reporter for GIR Just Anti-Corruption, seeking certain information concerning the review and selection of corporate monitors under Foreign Corrupt Practices Act (FCPA) settlement agreements between the Department of Justice and fifteen corporate defendants.  A copy of the original request is attached hereto as **Exhibit A**.

      Mr. Tokar received a receipt for his initial FOIA request on May 1, 2015.  After several phone conversations with Peter Sprung, a trial attorney in the Office of Enforcement Operations, Mr. Tokar and editor Mary Jacoby narrowed their FOIA request to the following information:

---

[1] In its initial response confirming receipt of Mr. Tokar's request on May 1, 2015, the Criminal Division divided the FOIA request into 15 separate files and assigned each an independent request number, as follows:  CRM-300486150, CRM-300486152, CRM-300486153, CRM-300486154, CRM-300486155, CRM-300486156, CRM-300486157, CRM-300486158, CRM-300486159, CRM-300486160, CRM-300486161, CRM-300486162, CRM-300486163, CRM-300486164, CRM-300486165.  In subsequent communications with Peter Sprung of the Office of Enforcement Operations, Mr. Tokar's request was referenced separately as CRM-300488236.

Anchorage  New York  Seattle
Bellevue   Portland  Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com

May 26, 2016
Page 2

1) The names of up to three monitor candidates and their associated law or consulting firms submitted to the department by the defendant corporations under the terms of their negotiated resolutions.

2) The names and titles of members of the Criminal Division's Standing Committee on the Selection of Monitors for the period January 1, 2009 through the present date.

Mr. Tokar reiterated this narrowed request in a follow-up letter dated November 10, 2015 (attached hereto as **Exhibit B**).

On January 13, 2016, you sent letters to each of the corporations named in Mr. Tokar's initial request, claiming that the information requested in the narrowed request may be subject to the business information exemption (Exemption 4), requiring notice under 28 C.F.R. § 16.7. These letters required the subject companies to submit any objections within twenty-one (21) calendar days, in the form of a "detailed written statement identifying specific legal grounds in support of its objections to disclosures of specific documents and/or categories of documents." On February 3, 2016, counsel for Avon Products, Inc., wrote to notify you that it would voluntarily provide the requested information to Mr. Tokar and that it did not believe the business information exemption applied to the requested information.  A copy of that letter is attached hereto as **Exhibit C**.  We have not been provided with any other written objections or responses to the notices, and pursuant to 28 C.F.R. § 16.7(e), any objections not timely received have been waived.

In sum, it has now been over a year since Mr. Tokar submitted his initial request, and more than four months since you provided notice to the corporations identified in the request. We continue to disagree that the information requested is subject to any FOIA exemption – and to our knowledge, the only company that provided a written response to the notification letter agreed with our position and provided the requested information voluntarily.  We therefore respectfully request that the division provide the requested documents without further delay. This letter is sent without waiver of our client's rights under the applicable statutes and rules, all of which are expressly reserved.

Sincerely,

*Alison Schary*

Alison Schary

cc:   Mary Jacoby, Editor, *GIR Just Anti-Corruption*
      Dylan Tokar, Reporter, *GIR Just Anti-Corruption*

# EXHIBIT A



April 24, 2015

Ken Courter
Chief, FOIA/PA Unit
Criminal Division,Department of Justice
crm.foia@usdoj.gov


Dear Mr. Courter,

Pursuant to the federal Freedom of Information Act, I'm writing to request copies of records relating to the review and selection of independent corporate monitors under Foreign Corrupt Practices Act (FCPA) settlement agreements between the Justice Department and certain corporate defendants (list below).

For each corporate defendant listed below, I'm seeking

1. All documents submitted by counsel for the companies at the outset of each monitor selection process, including the names of up to three qualified monitor candidates whom the companies are allowed to recommend. The information should identify which candidate, if any, the company specified as its first choice to serve as monitor.
2. All Monitor Selection Memoranda, including any files, documents and attachments therein, submitted for review to the Standing Committee on the Selection of Monitors. To clarify, I'm seeking information about which monitors were approved or disapproved and the reasons therefore, including the recommendations submitted by the committee, the Assistant Attorney General for the Criminal Division, and the Office of the Deputy Attorney General.
3. Records of the Standing Committee, including its membership, attendance records, appointments of temporary designees, voting records and recusals in connection with the consideration of monitor candidates for each of the companies listed below.

We are willing to pay any copying fees up to $20 but as bona fide members of the news media ask that any fees be waived.

If you would like me to clarify any part of this request, or discuss it further, please contact me (dylan.tokar@lbresearch.com, 509-539-4423) or my editor, Mary Jacoby (mjacoby@mainjustice.com, 202-621-6031).

Corporate defendants:

- Alstom S.A., et al.
    Court Docket Number: 3:14-cr-00245-JBA et al.
    District: District of Connecticut
    Filed: December 22, 2014

- **Avon Products, Inc.**

  Docket No: 1:14-cr-00828-GBD
  District: Southern District of New York
  Filed: December 17, 2014

- **Bilfinger SE**

  Docket No: 4:13-CR-745
  District: Southern District of Texas
  Filed: December 9, 2013

- **Weatherford International Ltd.**

  Docket No: 13-CR-733
  District: Southern District of Texas
  Filed: November 26, 2013

- **Diebold Inc.**

  Docket No: 13-CR-00464-SO
  District: Northern District of Ohio
  Filed: October 22, 2013

- **Biomet, Inc.**

  Docket No: 12-CR-080-RBW
  District: District of Columbia
  Filed: March 26, 2012

- **Smith & Nephew, Inc.**

  Docket No: 12-CR-030-RBW
  District: District of Columbia
  Filed: February 6, 2012

- **JGC Corporation**

  Docket No: 11-CR-260
  District: Southern District of Texas
  Filed: April 6, 2011

- **Alcatel-Lucent, S.A.**

  Docket No: 10-CR-20907
  District: Southern District of Florida
  Filed: December 27, 2010

- **Alliance One International AG**

  Docket No: 10-CR-017-JLK
  District: Western District of Virginia
  Filed: August 6, 2010

- **Universal Corporation**

  Docket No: 10-CR-225-REP
  District: Eastern District of Virginia
  Filed: August 6, 2010

- **Technip S.A.**

  Docket No: 10-CR-439
  District: Southern District of Texas



Filed: June 28, 2010

- Daimier AG

    Docket No: 10-CR-063-RJL
    District: District of Columbia
    Filed: March 22, 2010

- Innospec Inc.

    Docket No: 10-CR-061-ESH
    District: District of Columbia
    Filed: March 17, 2010

- BAE Systems plc

    Docket No: 10-CR-035-JDB
    District: District of Columbia
    Filed: February 4, 2010


Thank you,

Dylan Tokar
Reporter | *Just Anti-Corruption*
2122 P St. NW Suite 201
Washington, D.C., 20037

Desk: (202) 652-1292
Cell: (509) 539-4423
dtokar@mainjustice.com

# EXHIBIT B



November 10, 2015

Ken Courter
Chief, FOIA/PA Unit
Criminal Division
Department of Justice
crm.foia@usdoj.gov

Re: FOIA requests CRM-300486150; CRM-300486152; CRM-300486153; CRM-300486154; CRM-300486155; CRM-300486156; CRM-300486157; CRM-300486158; CRM-300486159; CRM-300486160; CRM-300486161; CRM-300486162; CRM-300486163; CRM-300486164; CRM-300486165 and CRM-300488236

Dear Mr. Courter,

I'm writing to follow up on a FOIA request, dated April 24, 2015, regarding the corporate monitor selection process for Foreign Corrupt Practices Act (FCPA) settlement agreements with the Department of Justice.[1]

I received a receipt for the above request by mail on May 1, 2015. In the receipt, the division stated that the request presents "unusual circumstances," and that it was therefore necessary to extend the timeline for responding past the 30 days set forth under the statute – 5 U.S.C. 552 § (a)(6)(B)(i)-(iii).

On June 23, I had a telephone conversation with Peter Sprung, a trial attorney in the division's Office of Enforcement Operations, regarding the above FOIA request (CRM-300488236). On August 11, Mr. Sprung held a telephone conference with me and my editor, Mary Jacoby. In both conversations, Mr. Sprung expressed the Justice Department's view that at least part of the records sought by Just Anti-Corruption could be withheld under FOIA Exemptions 5 and 6.

Immediately subsequent to the latter conversation, Just Anti-Corruption narrowed its request for information regarding corporate monitor candidates (see attached). In summary, we requested:

---

[1] In its initial response on May 1, 2015, the Criminal Division chose to administratively divide the FOIA request into fifteen separate files and assign each an independent request number. In subsequent communications with Peter Sprung of the division's Office of Enforcement Operations, the FOIA was referenced separately as CRM-300488236.

**GIR JUST ANTI-CORRUPTION**

1. The names of up to three monitor candidates and their associated law or consulting firms submitted to the department by the defendant corporations under the terms of their negotiated resolutions.
2. The names and titles of members of the Criminal Division's Standing Committee on the Selection of Monitors for the period Jan. 1, 2009 through the present date.

On October 2, Ms. Jacoby had another telephone conversation with Mr. Sprung about his ongoing inquiries into the status of our request. Mr. Sprung reiterated that the two aforementioned exemptions would likely be applied to withhold information responsive to the request. Ms. Jacoby reiterated our argument that no privacy exemption applies here; the names of legal professionals nominated for lucrative contracts to carry out government-mandated monitoring of corporate wrongdoers is not the kind of health or other personal data envisioned to be protected by the exemption. Moreover, the strong public interest in transparency around the corporate monitor selection process outweighs any privacy argument the department could put forth.

More than 180 days have elapsed since our FOIA request was first submitted to the Criminal Division. We respectfully request that the division provide a formal response to our FOIA, in writing, so that we may take the appropriate steps to respond to the issues that have been raised.

Thank you,

Dylan Tokar, Reporter
Mary Jacoby, Editor

*GIR Just Anti-Corruption*
dylan.tokar@lbresearch.com
mary.jacoby@lbresearch.com
2122 P St. NW Suite 201
Washington, D.C., 20037
Phone: (202) 652-1292

# EXHIBIT C

## CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

—

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

JOHN W. WHITE
EVAN R. CHESLER
KRIS F. HEINZELMAN
ROGER D. TURNER
PHILIP A. GELSTON
RICHARD W. CLARY
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL

DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN

DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING

LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
JONATHAN L. DAVIS
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
MICHAEL L. SCHLER

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1080

WRITER'S EMAIL ADDRESS
bgruenstein@cravath.com

February 3, 2016

Notice of FOIA Request CRM-300486158

Dear Mr. Courter:

       I am writing on behalf of Avon Products, Inc. ("Avon") in response to your letter dated January 13, 2016, related to CRM-300486158.

       Yesterday, I spoke with the requester, Dylan Tokar. On behalf of Avon, I agreed to voluntarily provide the name of Avon's FCPA monitor and firm affiliation, as well as the two other candidates and their firm affiliation, as Avon is not asserting that this is confidential business information. In exchange, Mr. Tokar agreed not to seek any additional information related to Avon pursuant to his FOIA request. He made clear that his agreement not to request additional information is only with respect to Avon and that he is still seeking information related to other companies.

       Accordingly, Avon is not submitting objections at this time. We ask, however, that if Mr. Tokar renews his request that we be given an opportunity to object, as we believe that the information other than the monitor candidate identities to be exempt from FOIA disclosure.

Sincerely yours,

*[signature]*

Benjamin Gruenstein

Mr. Kenneth Courter
   Chief, FOIA/PA Unit
      Criminal Division, Department of Justice
         Suite 1127, Keeney Building
           950 Pennsylvania Avenue, N.W.
              Washington, D.C. 20530-0001
                 crm.foia@usdoj.gov

BY EMAIL AND FIRST CLASS MAIL

Copy to:

Mr. Dylan Tokar
   *Just Anti-Corruption*
      2122 P Street NW, Suite 201
         Washington, D.C. 20037
           dylan.tokar@lbresearch.com

BY EMAIL