AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Dylan Tokar | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:16-cv-02410 |
| United States Department of Justice | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dylan Tokar

Date:   01/04/2017

*Attorney's signature*

Bruce D. Brown, D.C. Bar No. 457317
*Printed name and bar number*

1156 15th St. NW, Suite 1250
Washington, DC 20005
*Address*

bbrown@rcfp.org
*E-mail address*

(202) 795-9301
*Telephone number*

(202) 795-9310
*FAX number*