UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DYLAN TOKAR, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 16-2410 (RC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

**STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's order dated February 28, 2017, Plaintiff Dylan Tokar ("Plaintiff") and Defendant United States Department of Justice ("Defendant" or "DOJ"), by and through undersigned counsel, report to the Court as follows:

1. The Complaint in this action was filed on or about December 9, 2016, under the Freedom of Information Act, 5 U.S.C. § 552.

2. This lawsuit involves two FOIA requests directed to DOJ.

**First FOIA Request**

3. The subject matter of the first FOIA request concerns DOJ-approved independent corporate monitors in connection with deferred prosecution agreements. (Compl. ¶ 1). As narrowed by Plaintiff on August 11, 2015, the first FOIA request seeks the following regarding the 15 corporate defendants referenced in the original request:

"(1) The names of up to three monitor candidates and their associated law or consulting firms submitted to the DOJ by the defendant corporations under the terms of their

negotiated resolutions; and (2) the names and titles of members of the Criminal Division's Standing Committee on the Selection of Monitors for the period of January 1, 2009 to the present date."

(Compl. ¶ 16 and Ex. 2)

4. On or about January 27, 2017, Defendant provided Plaintiff with a table that it created containing information that Defendant maintains is responsive to Plaintiff's first FOIA request, as narrowed, with certain information withheld under Exemptions (b)(6) and (b)(7)(C). Defendant has since determined that the table that has been released requires certain corrections and at this time expects to be in a position to release a corrected table to Plaintiff within 30 days of the date of this report that will contain similar withholdings to those on the table that has been released.

5. The parties anticipate that briefing will be required with respect to some or all of the redactions made to the table under Exemption (b)(6) and/or (b)(7)(C). In addition, the parties dispute whether Plaintiff's first FOIA request, as narrowed, is satisfied by the production of the table created by the Defendant (which is Defendant's position), or whether the FOIA request requires the processing and production of the underlying records from which information was obtained to create the table (which is Plaintiff's position).  .

**Second FOIA Request**

6. In connection with the processing of the first FOIA request, which initially was assigned number CRM 300486158, Defendant provided submitter notifications pursuant to 28 C.F.R. § 16.8.  (Compl. ¶ 18 and Ex. 4).  On April 12, 2016, Plaintiff submitted a FOIA

request for "copies of 28 C.F.R. § 16.8(f) statements submitted by companies in connection with a previous FOIA request, CRM-300486158[.]" (Compl. Ex. 7)

7. Defendant is in the process of preparing submitter notifications under 28 C.F.R. § 16.8 with respect to this request and anticipates that those notifications will be sent out shortly. Defendant currently anticipates that the submitter notification process will take approximately two months. Defendant at this time expects to be in a position to release the non-exempt portions of the records responsive to the second request within 60 days of this report.

8. Defendant states that the anticipated release dates provided by Defendant in this report could be delayed and/or require modification in the event that any submitter of the responsive records seeks to intervene in this litigation to protect its rights in the responsive records.

9. The parties propose that the Court defer setting a briefing schedule for summary judgment motions at this time and that the parties submit another status report on or before May 31, 2017, which they currently anticipate will include a proposed briefing schedule for summary judgment motions.

        Respectfully submitted,

        CHANNING D. PHILLIPS, D.C. BAR # 415793
        United States Attorney

        DANIEL F. VAN HORN, D.C. BAR # 924092
        Civil Chief

        By: _____/s/_____
        JEREMY S. SIMON, D.C. BAR #447956
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-2528

Jeremy.Simon@usdoj.gov

Counsel for Defendant

AND

/s/Bruce D. Brown
Bruce D. Brown
DC Bar No. 457317
Reporters Committee for Freedom of the Press
1156 15th St. NW, Suite 1250
Washington, D.C. 20005
(202) 795-9301
bbrown@rcfp.org

Counsel for Plaintiff