UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DYLAN TOKAR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 16-2410 (RC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

**STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's order dated March 14, 2017, Plaintiff Dylan Tokar ("Plaintiff") and Defendant United States Department of Justice ("Defendant" or "DOJ"), by and through undersigned counsel, report to the Court as follows:

1. The Complaint in this action was filed on or about December 9, 2016, under the Freedom of Information Act, 5 U.S.C. § 552.

2. This lawsuit involves two FOIA requests directed to DOJ.

**First FOIA Request**

3. The subject matter of the first FOIA request concerns DOJ-approved independent corporate monitors in connection with deferred prosecution agreements. (Compl. ¶ 1). As narrowed by Plaintiff on August 11, 2015, the first FOIA request seeks the following regarding the 15 corporate defendants referenced in the original request:

"(1) The names of up to three monitor candidates and their associated law or consulting firms submitted to the DOJ by the defendant corporations under the terms of their

negotiated resolutions; and (2) the names and titles of members of the Criminal Division's Standing Committee on the Selection of Monitors for the period of January 1, 2009 to the present date."

(Compl. ¶ 16 and Ex. 2)

4.     On or about January 27, 2017, Defendant provided Plaintiff with a table that it created containing information that Defendant maintains is responsive to Plaintiff's first FOIA request, as narrowed, with certain information withheld under Exemptions (b)(6) and (b)(7)(C). On April 14, 2017, Defendant released a revised table containing similar withholdings to those on the table that had been initially released.

5.     Briefing will be required with respect to some or all of the redactions made to the table under Exemption (b)(6) and/or (b)(7)(C).  In addition, the parties dispute whether Plaintiff's first FOIA request, as narrowed, is satisfied by the production of the table created by the Defendant (which is Defendant's position), or whether the FOIA request requires the processing and production of the underlying records from which information was obtained to create the table (which is Plaintiff's position).

**Second FOIA Request**

6.     In connection with the processing of the first FOIA request, which initially was assigned number CRM-300486158, Defendant provided submitter notifications pursuant to 28 C.F.R. § 16.8.  (Compl. ¶ 18 and Ex. 4).  On April 12, 2016, Plaintiff submitted a FOIA request for "copies of 28 C.F.R. § 16.8(f) statements submitted by companies in connection with a previous FOIA request, CRM-300486158[.]" (Compl. Ex. 7)

7.      By letter dated May 22, 2017, and following a submitter notification process pursuant to 28 C.F.R. § 16.8 with respect to the information sought in the second FOIA request, Defendant has released what it contends to be the non-exempt portions of the records responsive to the second request.

**Proposed Schedule**

8.      The parties anticipate that they will be filing cross-motions for summary judgment and propose the following briefing schedule for summary judgment motions:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | July 19, 2017 |
| Plaintiff's Opposition and Cross-Motion: | August 23, 2017 |
| Defendant's Reply and Opposition: | September 13, 2017 |
| Plaintiff's Reply: | October 4, 2017 |

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. BAR # 415793
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant

AND

/s/
Bruce D. Brown
DC Bar No. 457317
Reporters Committee for Freedom of the Press
1156 15th St. NW, Suite 1250
Washington, D.C. 20005
(202) 795-9301
bbrown@rcfp.org

Counsel for Plaintiff