**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DYLAN TOKAR,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 16-cv-2410 (RC) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 54, Plaintiff Dylan Tokar hereby moves for the entry of an order extending the deadline to file a motion for an award of attorneys' fees and costs in this matter pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(E)(i).

Fed. R. Civ. P. 54(d)(2)(B) provides that a motion for an award of attorneys' fees must ordinarily be made within 14 days of the entry of judgment. However, the Court may extend that deadline. *See* Fed. R. Civ. P. 54(d)(2)(B) (setting 14-day deadline "[u]nless … a court order provides otherwise[.]").

Plaintiff anticipates applying for an award of costs and attorneys' fees in this action pursuant to FOIA. *See* 5 U.S.C. § 552(a)(4)(E)(i). In order to facilitate settlement negotiations and possibly avoid unnecessary litigation over attorneys' fees, Plaintiff seeks a short 30-day extension of Rule 54(d)(2)(B)'s deadline. Plaintiff has conferred with counsel for Defendant United States Department of Justice regarding the relief sought by this motion, and Defendant does not oppose a 30-day extension.

1

2

Wherefore, the motion should be granted.  The text of a proposed order is filed herewith.

Dated:  April 5, 2017

Respectfully submitted,

*/s/ Bruce D. Brown*
Bruce D. Brown
DC Bar No. 457317
Jennifer A. Nelson
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, D.C. 20005
Phone:  202.795.9300
Facsimile:  202.795.9310
E-mail: bbrown@rcfp.org
E-mail: jnelson@rcfp.org

*Counsel for Plaintiff Dylan Tokar*