# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DYLAN TOKAR,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 16-cv-2410 (RC) |

  Upon consideration of Plaintiff's Motion for Extension of Time to File Motion for Attorneys' Fees and Costs, any response thereto, and the entire record herein;

  It is, pursuant to Fed. R. Civ. P. 54, hereby

  ORDERED, that the motion is granted, and the deadline for filing a motion relating to an award of attorneys' fees and costs is extended by 30 days, until May 14, 2018.

DATE: _____, 2018

                      _____
                      RUDOLPH CONTRERAS
                      United States District Judge