UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DYLAN TOKAR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 16-2410 (RC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## STATUS REPORT

Pursuant to the Court's order dated January 22, 2019, Plaintiff Dylan Tokar ("Plaintiff") and Defendant United States Department of Justice ("Defendant" or "DOJ"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves two Freedom of Information Act ("FOIA") requests directed to DOJ. In the last status report, Defendant stated that it had completed its processing and production of records, to the extent non-exempt under FOIA, with respect to the matters identified in the Court's Memorandum Opinion of March 29, 2018. The parties also reported that Plaintiff required additional time to review Defendant's production to determine if any outstanding issues remain to be litigated and proposed that they submit another status report by January 8, 2019, which deadline was extended by the above-referenced order as a result of the intervening lapse in appropriations.

2. In December 2018, prior to the lapse in appropriations, Plaintiff's counsel provided by email a list of issues for DOJ's consideration, which DOJ was reviewing at the time of the lapse in appropriations. During the period of the lapse in appropriations, Department of Justice

attorneys, including undersigned counsel, were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. As a result, the Defendant requires additional time to complete its review of the issues identified by Plaintiff and confer with Plaintiff over those issues to potentially narrow any disputes between the parties.

3. Accordingly, the parties propose that they submit a further status report on February 11, 2019, and that, if outstanding issues remain that the parties believe will require the Court to resolve, the parties will include in the status report a proposed briefing schedule.

Respectfully submitted,

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant

AND

_____/s/_____
Bruce D. Brown, DC Bar No. 457317
Jennifer A. Nelson, DC Bar No. 1011387
Reporters Committee for Freedom of the Press
1156 15th St. NW, Suite 1250
Washington, D.C. 20005
(202) 795-9301
bbrown@rcfp.org
jnelson@rcfp.org

Counsel for Plaintiff