# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DYLAN TOKAR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 16-2410 (RC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

## STATUS REPORT

Pursuant to the Court's order dated February 1, 2019, Plaintiff Dylan Tokar ("Plaintiff") and Defendant United States Department of Justice ("Defendant" or "DOJ"), by and through undersigned counsel, report to the Court as follows.

1. This lawsuit involves two Freedom of Information Act ("FOIA") requests directed to DOJ. In prior status reports, Defendant stated that it had completed its processing and production of records, to the extent non-exempt under FOIA, with respect to the matters identified in the Court's Memorandum Opinion of March 29, 2018. The parties also reported that the parties required additional time to confer to determine if any outstanding issues remain to be litigated.

2. Having conferred, the parties have determined that there remain outstanding issues to be litigated regarding withholdings made by DOJ in its productions subsequent to the March 29, 2018 Memorandum Opinion, and propose the following briefing schedule to address that issue:

Defendant's Renewed Motion for Summary Judgment:     April 4, 2019

Plaintiff's Opposition and Cross-Motion:             May 17, 2019

Defendant's Reply and Opposition to Cross-Motion:    June 10, 2019

Plaintiff's Reply:                                   June 28, 2019

        Respectfully submitted,

        JESSIE K. LIU, D.C. BAR # 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. BAR # 924092
        Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant

        AND

_____/s/_____
Bruce D. Brown, DC Bar No. 457317
Jennifer A. Nelson, DC Bar No. 1011387
Reporters Committee for Freedom of the Press
1156 15th St. NW, Suite 1250
Washington, D.C. 20005
(202) 795-9301
bbrown@rcfp.org
jnelson@rcfp.org

Counsel for Plaintiff