# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DYLAN TOKAR,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 16-cv-2410 (RC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND TO ADJUST REMAINING DEADLINES IN BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff, by and through undersigned counsel, moves the Court for an extension of 10 days to, and including, June 3, 2019, to file its opposition to Defendant's motion for summary judgment and Plaintiff's cross-motion for summary judgment, and also requests a corresponding adjustment to the remaining deadlines in the briefing schedule. As grounds for the requested extension, Plaintiff states as follows.

1. By minute order dated April 3, 2019, the Court entered the following briefing schedule: Defendant's renewed motion for summary judgment due April 11, 2019; Plaintiff's opposition and cross-motion due May 24, 2019; Defendant's reply and opposition due June 17, 2019; and Plaintiff's reply due July 5, 2019.

2. Plaintiff requests an extension of 10 days, to and including June 3, 2019, to file its opposition to Defendant's motion for summary judgment and Plaintiff's cross-motion

1

for summary judgment. This is the first time that Plaintiff has moved for an extension of the motion for summary judgment briefing schedule, and there is good cause for the requested extension. Plaintiff makes this request due to undersigned counsel's intervening litigation deadlines and work-related travel during May 2019, as well as the need to coordinate a supporting declaration in connection with Plaintiff's filing.

3. After conferring with counsel for Defendant, who consents to the relief sought in this motion, Plaintiff requests an adjustment to the remaining deadlines in the briefing schedule as follows:

- Plaintiff's opposition and cross-motion due June 3, 2019;
- Defendant's reply and opposition due June 27, 2019; and
- Plaintiff's reply due July 15, 2019.

4. Pursuant to Local Rule 7(m), Plaintiff, through counsel, advised Defendant's counsel of the relief requested in this motion and Defendant's counsel advises that he consents to the requested extension and proposed adjustment to the remaining deadlines in the briefing schedule.

5. A proposed order is attached.

        Respectfully submitted,

        */s/ Jennifer A. Nelson*
        Jennifer A. Nelson
        DC Bar No. 1011387
        THE REPORTERS COMMITTEE FOR
        FREEDOM OF THE PRESS
        1156 15th St. NW, Suite 1250
        Washington, D.C. 20005
        Phone:  202.795.9300
        Phone:  202.795.9300
        Facsimile:  202.795.9310
        E-mail: jnelson@rcfp.org
        *Counsel for Plaintiff*