UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DYLAN TOKAR, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   16-2410 (RC) |
| | : | |
| v. | : | Re Document Nos.:   30, 32 |
| | : | |
| U.S. DEPARTMENT OF JUSTICE, | : | |
| | : | |
| Defendant. | : | |

# ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's motion for summary judgment (ECF No. 30) is **GRANTED IN PART AND DENIED IN PART** and Plaintiff's motion for summary judgment (ECF No. 32) is **DENIED**.  It is hereby:

**ORDERED** that, within 60 days, DOJ (1) contact the relevant monitor candidates and inquire whether the candidates have their clients' consent to publicly disclose (and/or have previously publicly disclosed) the existence of those representations and (2) conduct its own inquiry into whether the existence of those representations is already in the public domain; and it is

**FURTHER ORDERED** that the parties confer regarding the withholding of government attorney names from already-disclosed materials; and it is

**FURTHER ORDERED** that the parties file a joint status report on or before February 17, 2020.

**SO ORDERED**.

Dated: December 19, 2019                                      RUDOLPH CONTRERAS
                                                                                          United States District Judge