UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DYLAN TOKAR,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 16-cv-2410 (RC) |

### STIPULATION OF DIMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

*/s/ Jennifer A. Nelson*
Bruce D. Brown, DC Bar No. 457317
Jennifer A. Nelson, DC Bar No. 1011387
Reporters Committee for Freedom of the Press
1156 15th St. NW, Suite 1020
Washington, DC 20005
(202) 795-9301
bbrown@rcfp.org
jnelson@rcfp.org

Counsel for Plaintiff

And

MICHAEL R. SHERWIN
New York State Bar Reg. No. 4444188
Acting United States Attorney for the
District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:  */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov